No. 73–6141.   ZANE, AKA LOGAN ET AL. v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied. ▮

No. 73–6149.   SOKYRNYK v. WEINBERGER, SECRETARY OF HEALTH, EDUCATION, AND WELFARE.   C. A. 6th Cir. Certiorari denied.

No. 73–6199.   COGWELL ET AL. v. UNITED STATES. C. A. 7th Cir.   Certiorari denied. ▮

No. 73–6226.   TATE v. UNITED STATES.   C. A. 6th Cir. Certiorari denied.

·· No. 73–6227.   KENNEDY v. GRAY, CORRECTIONAL SU-PERINTENDENT.   C. A. 6th Cir.   Certiorari denied. ▮

No. 73–6233.   ALFORD v. UNITED STATES CIVIL SERVICE COMMISSION ET AL.   C. A. 9th Cir.   Certiorari denied.

No. 73–6320.   JOHN v. CASSCLES, CORRECTIONAL SU-PERINTENDENT.   C. A. 2d Cir.   Certiorari denied. ▮

No. 73–6322.   HAMM v. UNITED STATES.   C. A. 4th Cir.   Certiorari denied. ▮

No. 73–6326.   BARNARD ET AL. v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied. ▮

No. 73–6329.   MORRISON v. WAINWRIGHT, CORREC-TIONS DIRECTOR.   C. A. 5th Cir.   Certiorari denied.

No. 73–6330.   SATTERFIELD v. WAINWRIGHT, CORREC-TIONS DIRECTOR.   C. A. 5th Cir.   Certiorari denied. ▮

No. 73–6331.   BUNN v. NORTH CAROLINA.   Ct. App. N. C.   Certiorari denied. ▮